

**U.S. Department of Justice**

10th & Constitution Avenue, NW
Criminal Division

*Office of Enforcement Operations*
*International Prisoner Transfer Unit*
*John C. Keeney Building, 12th Floor*
*Washington, D.C. 20530*

April 10, 2007

**RECEIVED**

APR 1 3 2007

Clerk
District Court
The Northern Mariana Islands

The Honorable Alex R. Munson
United States Magistrate Judge
United States District Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Garapan
Saipan, MP 96950 (U.S.A)

   Re: Consent Verification Hearing to transfer (to Palau) for    MC 07    00029
         <u>Northern Mariana Islands prisoner Hadley F. Renguul</u>

Dear Judge Munson:

     Thank you for scheduling a consent verification hearing for the above referenced prisoner. The consent verification hearing is scheduled for Tuesday, May 15, 2007, at 9:00 a.m., at the United States Court for the Northern Mariana Islands, 2nd Floor, Horiguchi Building, Garapan, Saipan. The State authorities are responsible for transporting the prisoner to the U.S. Marshals lockup at the courthouse, in preparation for the hearing. The prisoner speaks English..

     Enclosed are copies of the Judgment and Commitment Order for the above-mentioned prisoner and additional papers as follows:

1. Instructions for Distribution of Verification of Consent to Transfer Forms;
2. Verification of Consent to Transfer Forms (4 originals);
3. Withdrawal of Consent Form (if necessary);
4. Approval Letters from the United States, the State, and the Foreign Country;
5. Council of Europe Convention on the Transfer of Sentenced Persons;
6. Proceedings for the Transfer of Offenders to or from Foreign Countries.

     As soon as possible after the consent hearing, please fax me a copy of either the signed consent verification hearing forms or the signed withdrawal form to 202-514-9003. It is critical that we have copies of these documents immediately to enable the Bureau of Prisons and the

foreign government to make the necessary arrangements to transfer the prisoners who gave their consent at the hearing and to avoid making unnecessary preparations for prisoners who withdrew their consent at the hearing.

Sincerely,

Micki Barbour, IPT Coordinator
International Prisoner Transfer Unit

Enclosures

cc:   Sandra Kaz, Bureau of Prisons

IN THE SUPERIOR COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE O. RABAULIMAN and HADLEY F. RENGUUL, <br><br> Defendants. | CRIMINAL CASE NO. 98-083A <br><br> JUDGMENT OF CONVICTION (Counts II, III, IV, V and VI) and JUDGMENT OF ACQUITTAL (Count VII) as to DEFENDANT HADLEY F. RENGUUL |

This matter came on for a jury trial on December 20, 1999 at 9:00 a.m. The Government appeared through Assistant Attorney General James J. Benedetto. The Defendant Jose O. Rabauliman was present with counsel, G. Anthony Long, Esq.

Pursuant to the Jury Verdict returned on January 13, 2000, the Defendant, Hadley F. Renguul was found **GUILTY** of the offenses of *Rape*, as charged in Count II of the First Amended Information, in violation of 6 CMC §§ 201, 1301(a), 1303(b)(4); *Criminal Oral Copulation*, as charged in Count III of the First Amended Information, in violation of 6 CMC §§ 201, 1307(a); *Kidnapping*, as Charged in Counts IV and V of the First Amended Information, in violation of 6 CMC §§ 201, 1421(a)(1) or (2), 1421(c)(2).

As to Count VI tried before the court, the court adjudged the Defendant **GUILTY** to the charge of *Assault and Battery*, in violation of 6 CMC §1202(a)(b) and **NOT GUILTY** to the charge of *Assault and Battery*, in violation of 6 CMC §1202(a)(b) as charged in Count VII of the

1  First Amended Information.

2  It is therefore ORDERED, ADJUDGED and DECREED that the defendant is GUILTY
3  of the offenses of *Rape*, as charged in Count II of the First Amended Information, in violation of
4  6 CMC §§ 201, 1301(a), 1303(b)(4); *Criminal Oral Copulation*, as charged in Count III of the
5  First Amended Information, in violation of 6 CMC §§ 201, 1307(a); *Kidnapping*, as Charged in
6  Counts IV and V of the First Amended Information, in violation of 6 CMC §§ 201, 1421(a)(1)
7  or (2), 1421(c)(2) and *Assault and Battery*, as charged in Count VI of the First Amended
8  Information, in violation of 6 CMC §1202(a), (b). The Defendant is adjudged NOT GUILTY
9  to the charge of *Assault and Battery*, in violation of 6 CMC §1202(a)(b) as charged in Count VII
10  of the First Amended Information.

11  A sentencing hearing is hereby set for March 20, 2000 at 1:30 p.m. The Office of Adult
12  Probation is ordered to prepare and file with the court a pre-sentence investigation report at least
13  five (5) days prior to sentencing.

14  SO ORDERED this __27__ day of January, 2000.

*[signature]*
EDWARD MANIBUSAN, Presiding Judge

2

CLERK OF COURT
SUPERIOR COURT
FILED

[date stamp] 13 AM 10: 06

BY:
DEPUTY CLERK OF COURT

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>   Plaintiff,<br><br>v.<br><br>JOSE O. RABAULIMAN and<br>HADLEY F. RENGUUL,<br><br>   Defendants. | CRIMINAL CASE NO. 98-0083A<br><br>ORDER AS TO DEFENDANT<br>HADLEY F. RENGUUL |

This matter came on for a sentencing hearing on May 16, 2000 at 9:00 a.m. The Government was represented by Assistant Attorney General James J. Benedetto. The Defendant appeared with counsel, Jay H. Sorensen, Esq.

### SENTENCE

The Court after having heard from counsel and being fully apprised in the premises and having stated its findings in open court, the Court hereby sentences the Defendant as follows:

1.  <u>Count II, *Rape*, in violation of 6 CMC § 201, 1301(a), 1303(b)(4):</u>

    a)   The Defendant is sentenced to ten (10) years imprisonment all of which is suspended except for five (5) years.

2.  ~~<u>Count III, *Criminal Oral Copulation*, in violation of 6 CMC §§ 201, 1307(a):</u>~~

    ~~a)   The Defendant is sentenced to ten (10) years imprisonment all of which is suspended except for five (5) years.~~

[handwritten margin notes: AG, SORENSEN, NICHOLAS, BOP, DOC, OTIS]

1

3. <u>Count IV, *Kidnapping*, in violation of 6 CMC §§ 201, 1421(a)(1) or (2), 1421(c)(2):</u>

    a) The Defendant is sentenced to ten (10) years imprisonment.

4. <u>Count V, *Kidnapping*, in violation of 6 CMC §§ 201, 1421(a)(1) or (2), 1421(c)(2):</u>

    a) The Defendant is sentenced to ten (10) years imprisonment.

5. <u>Count VI, *Assault and Battery*, in violation of 6 CMC §1202(a)(b):</u>

    a) The Defendant is sentenced to one (1) year imprisonment all of which is suspended.

6. It is ordered that all of the above sentences shall run consecutively.

7. The Defendant is hereby remanded to the custody of the Division of Corrections.

For purposes of appeal to which the Defendant has been advised of, the Sentence and Judgment is entered this 16th day of May, 2000.

SO ORDERED this 13 day of June, 2000.

_____
EDWARD MANIBUSAN, Presiding Judge

ROBERT J. STEINBORN
OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Criminal Division
Susupe, Saipan, MP 96950
Telephone: (670) 664-2367/8
Fax: (670)234-7016

ATTORNEYS FOR Plaintiff

IN THE SUPERIOR COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, <br><br> Plaintiff, <br><br> vs. <br><br> HADLEY F. RENGUUL, <br>    (DOB-3/13/77) <br> JAKE AMALEI ITO <br>    (DOB - 10/17/77), <br> JOSE OLOPAI RABAULIMAN <br>    (DOB - 9/26/76), <br> and <br> SHELDON R. YANO <br> A/K/A/ SHELDON CRUZ <br>    (DOB - 9/26/76), <br>         Defendants. | CRIMINAL CASE NO. 98-083A <br> DPS NO. 98-3255 <br><br><br> INFORMATION |

COUNT I RAPE

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendant **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN,** and **SHELDON R. YANO A/K/A/ SHELDON CRUZ,** did have sexual intercourse with Wen Qun Li, who is not their spouse, by means of force and fear of immediate unlawful

injury to her and that the Defendants acted **voluntarily** in concert with each other in the commission of the offense, in violation of 6 CMC §§201 and 1301(a), punishable by 6 CMC §1303(b)(4).

**COUNT II RAPE**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did have sexual intercourse with Hong-Jin Wang, who is not their spouse, by means of force and fear of immediate unlawful injury to her and that the Defendants acted voluntarily in concert with each other in the commission of the offense, in violation of 6 CMC §§201 and 1301(a), punishable by 6 CMC §1303(b)(4).

**COUNT III CRIMINAL ORAL COPULATION**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did participate in an act of oral copulation with Wen-Qun Li, against her will by means of force, violence, duress, menace, and fear of immediate and unlawful bodily injury on the victim and another, in violation of 6 CMC §1307(a), punishable by 6 CMC §1307(a).

**COUNT IV CRIMINAL ORAL COPULATION**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did participate in an act of oral copulation with Hong-Jin Wang, against her will by means of force, violence, duress, menace, and fear of immediate and unlawful bodily injury on the victim and another, in violation of 6 CMC §1307(a), punishable by 6 CMC §1307(a).

**COUNT V KIDNAPPING**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendant **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did unlawfully remove Wen-Qun Li a substantial distance from where she was found, in violation of 6 CMC §§201 and 1421(a)(1), punishable by 6 CMC §1421(c)(2).

**COUNT VI KIDNAPPING**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did unlawfully remove Hong -Jin Wang a substantial distance from where she was found, in violation of 6 CMC §§201 and 1421(a)(1), punishable by 6 CMC §1421(c)(2).

**COUNT VII KIDNAPPING**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did unlawfully confine Wen-Qun Li for a substantial period to facilitate the commission of a felony and the flight thereafter, to wit: Rape, in violation of 6 CMC §§201 and 1421(a)(2)(B), punishable by 6 CMC §1421(c)(2).

**COUNT VIII KIDNAPPING**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did unlawfully confine Hong-Jin Wang for a substantial period to facilitate the commission of a felony and the flight thereafter, to wit: Rape, in violation of 6 CMC §§201 and 1421(a)(2)(B), punishable by 6 CMC §1421(c)(2).

**COUNT IX ASSAULT AND BATTERY**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, **HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ**, did unlawfully, purposefully, knowingly, and recklessly strike, beat, wound, and otherwise cause bodily harm to Wen-Qun Li, in violation of 6 CMC §§ 201 and 1202(a), punishable by 6 CMC §1202(b).

**COUNT X ASSAULT AND BATTERY**

On or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, the Defendants, HADLEY F. RENGUUL, JAKE AMALEI ITO, JOSE OLOPAI RABAULIMAN, and SHELDON R. YANO A/K/A/ SHELDON CRUZ, did unlawfully, purposefully, knowingly, and recklessly strike, beat, wound, and otherwise cause bodily harm to Hong-Jin Wang, in violation of 6 CMC §§201 and 1202(a), punishable by 6 CMC §1202(b).

DATED this 2nd day of April, 1998.

SALLY B. PFUND
Acting Attorney General
Attorneys for Plaintiff

By: /s/ Robert J. Steinborn
ROBERT J. STEINBORN
Assistant Attorney General

```
                                                        CLERK OF COURT
                                                        SUPERIOR COURT
                                                             FILED

James J. Benedetto, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL, Criminal Division      1999 DEC 17 PM 4: 15
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Susupe, Saipan, MP 96950
Telephone: (670) 664-2366                              BY:_____
Fax: (670)234-7016                                     DEPUTY CLERK OF COURT

Attorneys for Plaintiff
```

## IN THE SUPERIOR COURT FOR THE

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, | CRIMINAL CASE NO. 98-083 A<br>DPS Case No. 98-3255 |
| Plaintiff, | |
| vs. | **FIRST AMENDED INFORMATION** |
| JOSE O. RABAULIMAN (dob: 9/26/76), and<br>HADLEY F. RENGUUL (3/13/77), | |
| Defendants. | |

### Count I: Rape

### 6 CMC §§ 201, 1301(a), 1303(b)(4)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did participate in an act of sexual intercourse with Wen Qun Li, a person not their spouse, against her will by means of force or fear of immediate and unlawful injury, and each defendant voluntarily acted in concert with another in committing the rape.



1     All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1301(a),

2 punishable by 6 CMC § 1303(b)(4), and against the peace and dignity of the Commonwealth of the

3 Northern Mariana Islands.

### Count II: Rape

### 6 CMC §§ 201, 1301(a), 1303(b)(4)

6     THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

7 Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F.**

8 **RENGUUL**, as principals or accessories, did participate in an act of sexual intercourse with Hong-

9 Jin Wang, a person not their spouse, against her will by means of force or fear of immediate and

10 unlawful injury, and each defendant voluntarily acted in concert with another in committing the

11 rape.

12     All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1301(a),

13 punishable by 6 CMC § 1303(b)(4), and against the peace and dignity of the Commonwealth of the

14 Northern Mariana Islands.

### Count III: Criminal Oral Copulation

### 6 CMC §§ 201, 1307(a)

17     THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

18 Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F.**

19 **RENGUUL**, as principals or accessories, did participate in an act of oral copulation with Wen

20 Qun Li against her will by means of force, violence, duress, menace, or fear of immediate and

21 unlawful injury.

Information--2

1   All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1307(a),

2   punishable by 6 CMC § 1307(a), and against the peace and dignity of the Commonwealth of the

3   Northern Mariana Islands.

### Count IV: Criminal Oral Copulation

### 6 CMC §§ 201, 1307(a)

6   THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

7   Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F.**

8   **RENGUUL**, as principals or accessories, did participate in an act of oral copulation with Hong-Jin

9   Wang against her will by means of force, violence, duress, menace, or fear of immediate and

10  unlawful injury.

11  All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1307(a),

12  punishable by 6 CMC § 1307(a), and against the peace and dignity of the Commonwealth of the

13  Northern Mariana Islands.

### Count V: Kidnapping

### 6 CMC §§ 201, 1421(a) (1) or (2), 1421(c)(2)

16  THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

17  Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F.**

18  **RENGUUL**, as principals or accessories, did unlawfully remove Hong-Jin Wang a substantial

19  distance from where they found her, or unlawfully confined her for a substantial period for the

20  purpose of facilitating the commission of a felony rape.

21  All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1421(a)(1) or (2),

22  punishable by 6 CMC § 1421(c)(2), and against the peace and dignity of the Commonwealth of the

23  Northern Mariana Islands.

Information--3

### Count VI: Kidnapping

6 CMC §§ 201, 1421(a) (1) or (2), 1421(c)(2)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did unlawfully remove Wen-Qun Li a substantial distance from where they found her, or unlawfully confined her for a substantial period for the purpose of facilitating the commission of a felony rape.

All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1421(a)(1) or (2), punishable by 6 CMC § 1421(c)(2), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count VII: Assault & Battery

6 CMC §1202(a), (b)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did unlawfully strike, beat, wound, or otherwise do bodily harm to Hong-Jin Wang.

All of which is contrary to and in violation of 6 CMC §1202(a), punishable by 6 CMC §1202(b), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count VIII: Assault & Battery

6 CMC §1202(a), (b)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F.**

Information--4

James J. Benedetto, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL, Criminal Division
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Susupe, Saipan, MP 96950
Telephone: (670) 664-2366
Fax: (670)234-7016

Attorneys for Plaintiff

## IN THE SUPERIOR COURT FOR THE

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, | CRIMINAL CASE NO. 98-083 A<br>DPS Case No. 98-3255 |
| Plaintiff, | |
| vs. | **SECOND AMENDED INFORMATION** |
| JOSE O. RABAULIMAN (dob: 9/26/76), and HADLEY F. RENGUUL (3/13/77), | |
| Defendants. | |

### Count I: Rape

### 6 CMC §§ 201, 1301(a), 1303(b)(4)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN and HADLEY F. RENGUUL**, as principals or accessories, did purposely, knowingly or recklessly have sexual intercourse with Wen Qun Li, a person not their spouse, against her will by means of force or fear of immediate and unlawful injury, and each defendant voluntarily acted in concert with another in committing the rape.

1   All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1301(a),

2   punishable by 6 CMC § 1303(b)(4), and against the peace and dignity of the Commonwealth of the

3   Northern Mariana Islands.

## Count II: Rape

### 6 CMC §§ 201, 1301(a), 1303(b)(4)

6   THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

7   Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN and HADLEY F.**

8   **RENGUUL**, as principals or accessories, did purposely, knowingly or recklessly have sexual

9   intercourse with Hong-Jin Wang, a person not their spouse, against her will by means of force or

10  fear of immediate and unlawful injury, and each defendant voluntarily acted in concert with

11  another in committing the rape.

12  All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1301(a),

13  punishable by 6 CMC § 1303(b)(4), and against the peace and dignity of the Commonwealth of the

14  Northern Mariana Islands.

## Count III: Criminal Oral Copulation

### 6 CMC §§ 201, 1307(a)

17  THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

18  Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN and HADLEY F.**

19  **RENGUUL**, as principals or accessories, did purposely, knowingly or recklessly copulate with the

20  mouth of Wen Qun Li against her will by means of force, violence, duress, menace, or fear of

21  immediate and unlawful injury.

Information--2

All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1307(a), punishable by 6 CMC § 1307(a), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count IV: Criminal Oral Copulation

### 6 CMC §§ 201, 1307(a)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did purposely, knowingly or recklessly copulate with the mouth of Hong-Jin Wang against her will by means of force, violence, duress, menace, or fear of immediate and unlawful injury.

All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1307(a), punishable by 6 CMC § 1307(a), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count V: Kidnapping

### 6 CMC §§ 201, 1421(a)(1) or (2), 1421(c)(2)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did purposely, knowingly or recklessly remove Hong-Jin Wang a substantial distance from where they found her, by means or force, threat or deception, or did purposely, knowingly or recklessly confine her, by means of force, threat or deception, for a substantial period for the purpose of facilitating the commission of a felony rape.

Information--3

All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1421(a)(1) or (2), punishable by 6 CMC § 1421(c)(2), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count VI: Kidnapping

6 CMC §§ 201, 1421(a) (1) or (2), 1421(c)(2)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did purposely, knowingly or recklessly remove Wen-Qun Li a substantial distance from where they found her, by means or force, threat or deception, or did purposely, knowingly or recklessly confine her, by means of force, threat or deception, for a substantial period for the purpose of facilitating the commission of a felony rape.

All of which is contrary to and in violation of 6 CMC § 201 and 6 CMC § 1421(a)(1) or (2), punishable by 6 CMC § 1421(c)(2), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count VII: Assault & Battery

6 CMC §1202(a), (b)

THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan, Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F. RENGUUL**, as principals or accessories, did unlawfully strike, beat, wound, or otherwise do bodily harm to Hong-Jin Wang.

All of which is contrary to and in violation of 6 CMC §1202(a), punishable by 6 CMC §1202(b), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

### Count VIII: Assault & Battery

1 | **6 CMC §1202(a), (b)**

2 | THE COMMONWEALTH CHARGES that on or about March 28, 1998, on Saipan,

3 | Commonwealth of the Northern Mariana Islands, **JOSE O. RABAULIMAN** and **HADLEY F.**

4 | **RENGUUL**, as principals or accessories, did unlawfully strike, beat, wound, or otherwise do bodily

5 | harm to Wen Qun Li.

6 | All of which is contrary to and in violation of 6 CMC §1202(a), punishable by 6 CMC

7 | §1202(b), and against the peace and dignity of the Commonwealth of the Northern Mariana Islands.

8 | DATED December 10, 1999, at Saipan.

9 | OFFICE OF THE ATTORNEY GENERAL
10 |
11 |
12 | By: *[signature]* James J. Benedetto
13 | Assistant Attorney General

Information--5