INSTRUCTIONS FOR THE DISTRIBUTION OF
VERIFICATION OF CONSENT FORMS SIGNED BY TRANSFERRING
PRISONER AND VERIFYING OFFICER (U.S. MAGISTRATE JUDGE)

**The prisoner must execute four (4) originals.  Each original form should be distributed as follows:**

1  -  original for the District Court file;

1  -  original for the U.S. Department of Justice International Prisoner Transfer Unit file along with a copy of the <u>recording</u> of the hearing for central records to be sent by regular mail; *

1  -  original that will be placed in the file that accompanies the prisoner during the transfer;

<u>1</u>  -  original for the Northern Mariana Islands

4  -  total number of forms to be executed

Please fax one copy of the signed form to the International Prisoner Transfer Unit as soon as possible after the hearing to <u>202-514-9003</u>.

Address for sending signed forms and recording of the hearing:

*    U.S. Department of Justice
Criminal Division
Office of Enforcement Operations
International Prisoner Transfer Unit
  <u>Attention</u>: Micki Barbour
10th & Constitution Avenue, NW
John C. Keeney Building, 12th Floor
Washington, DC  20530

**Place of hearing**:                                              **Docket number**:

**Date**:                        **Prisoner register No.**:              **DOJ#**: 236539-03-73-8-F

## VERIFICATION OF CONSENT TO TRANSFER TO PALAU
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

     I, HADLEY F. RENGUUL, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to PALAU for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1.    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2.    My sentence will be carried out according to the laws of PALAU;

3.    If a court of PALAU should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of PALAU, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4.    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to PALAU for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

_____
Signature of transferring prisoner

     Subscribed before me this _____ day of _____, 20____. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer

_____

OEO/IPTU 20-FN-English
Revised 4/02

**Instructions:**

**Court:**  If the prisoner declines to consent to the transfer, please have the prisoner execute this form.  Please fax the executed form to the International Prisoner Transfer Unit (202-514-9003) and the Prisoner Transfer Unit will notify the foreign government and the United States Bureau of Prisons.

**United States Marshals Service:** If the prisoner declining consent was in state custody serving a state sentence, the prisoner should be returned to state custody immediately following the hearing.

## WITHDRAWAL OF CONSENT TO TRANSFER BY FOREIGN NATIONAL

I, _____, hereby indicate that I am no longer interested in being
        (PRISONER)

transferred to my home country to continue serving the sentence imposed on me by a court in the

United States.

_____   _____
Signature of prisoner             Date

_____
Prisoner number

_____
Institution or hearing location (City, State or Country)

_____
Verifying Officer or Witness

_____
Print name and office