

**U.S. Department of Justice**

10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations

*International Prisoner Transfer Unit*
*John C. Keeney Building, 12th Floor*

FEB 1 6 2007

Mr. Temmy L. Shmull
Minister of State
Republic of Palau
P.O. Box 100
Koror, Republic of Palau 96940

Re:  Hadley Falan Renguul, NMI Prisoner No. 00-0225
Status of Request to Transfer to the Republic of Palau Under the
Compact of Free Association

Dear Minister Shmull:

The United States and the Northern Mariana Islands have approved the request of the above-referenced prisoner to transfer to the Republic of Palau to serve his prison sentence. A copy of our October 31, 2006 approval letter is attached. Please note that this request to transfer is pursuant to Title Four of the Compact of Free Association (copy enclosed). The government of the Northern Mariana Islands and the United States would like to know the status of this case pending with the Republic of Palau. If Palau approves the transfer of its citizen, please provide us with a letter indicating this approval. Additionally, please confirm the eligibility requirements of Article III of the Compact. Once we receive an approval letter from the Republic of Palau, we will proceed with a consent verification hearing. If the prisoner gives his consent, then we will discuss with the Palau when it can send its escorts to Saipan.

Sincerely,

Paula A. Wolff, Chief
International Prisoner Transfer Unit

Enclosures

cc :  Honorable Hersey Kyota, Ambassador
Embassy of the Republic of Palau
1150 18th Street, N.W., Suite 750
Washington, D.C.  20036

Sandra Kaz
Federal Bureau of Prisons

Governor Benigno R. Fitial
Commonwealth of the NMI
Juan S. Atalig Memorial Bldg.
Isa Drive, Capital Hill
Caller Box 10007
Saipan, MP 96950

Record - BRC - 2/15/07



**U.S. Department of Justice**

10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations

International Prisoner Transfer Unit
John C. Keeney Building, 12th Floor
Washington, D.C.  20530

OCT 3 1

Mr. Temmy L. Shmull
Minister of State
Republic of Palau
P.O. Box 100
Koror, Republic of Palau 96940

      Re:     Hadley Falan Renguul, State No. 00-0225
            Approval of Request to Transfer to the Republic of Palau Under the
            Convention on the Transfer of Sentenced Persons

Dear Minister Shmull:

      The United States and the Northern Mariana Islands have approved the request of the above-referenced prisoner to transfer to the Republic of Palau to serve his prison sentence. The prisoner is currently incarcerated in Northern Mariana Islands - Saipan. The sentence is final at the present time since there are no appeals or post-judgment collateral proceedings pending. Enclosed for your consideration are the following documents:

      1.     Approval letter from Northern Mariana Islands;

      2.     Copy of Judgment of Conviction and Sentence;

      3.     Copy of Commonwealth of the Northern Mariana Islands Information &
            Amendments;

      4.     Department of Public Safety of Mariana Islands Complaint Report;

      5.     Case summary.

*JdK*
10/31/06

Record

If you decide to request the prisoner's transfer, please provide the following:

1. A document or statement confirming that the Republic of Palau approves or consents to the transfer;

2. A document or statement confirming that the prisoner is a national of the Republic of Palau for the purposes of the Convention;

3. A copy of the relevant law which makes the offense for which the prisoner is in custody in the United States a criminal offense in the Republic of Palau;

4. A statement as to whether the "continued enforcement" procedure or the "conversion of sentence" procedure would be applied; and

5. A statement indicating the nature and duration of the sentence which the prisoner will serve if he is transferred. Please include information about arrangements for remission and conditional release.

Sincerely,

Paula A. Wolff, Chief
International Prisoner Transfer Unit

Enclosures

cc without attachments:

Honorable Hersey Kyota, Ambassador
Embassy of the Republic of Palau
1150 18th Street, N.W., Suite 750
Washington, D.C. 20036

Sandra Kaz
Federal Bureau of Prisons

Agreement on Extradition, Mutual Assistance
in Law Enforcement Matters and Penal Sanctions
Concluded Pursuant to Section 175 of
The Compact of Free Association

Entered into force for Marshall Islands 10/15/86

Entered into force for Micronesia 10/24/86

Entered into force for Palau on 10/1/94

TITLE FOUR

EXECUTION OF PENAL SANCTIONS

4-1

## Article I

### Scope

1.  Sentences imposed by courts of the Marshall Islands and the Federated States of Micronesia on citizens or nationals of the United States may be served in penal institutions of the United States or under the supervision of its authorities in accordance with the provisions of this Agreement.

2.  Sentences imposed by courts of the United States, or a state thereof, on citizens or nationals of the Marshall Islands or the Federated States of Micronesia may be served in penal institutions of the Marshall Islands or the Federated States of Micronesia, respectively, or under the supervision of its authorities in accordance with the provisions of this Agreement.

4-2

## Article II

### Definitions

For the purposes of this Title only:

1.  "Transferring Government" means the Signatory Government from which the offender is to be transferred.

2.  "Receiving Government" means the Signatory Government to which the offender is to be transferred.

3.  "Offender" means a citizen or national of the Marshall Islands or the Federated States of Micronesia who has been sentenced by a court of the United States, or a state thereof; or a citizen or national of the United States who has been convicted by a court of the Marshall Islands or the Federated States of Micronesia.

4.  "Category I Offender" means an "Offender" who comes within the meaning of the term "United States personnel", as that term is defined in paragraph 2(d) of Article I of the Status of Forces Agreement.

5.  "Category II Offender" means all "Offenders" other than "Category I Offenders".

6.  "State" when used in the sense of a part of the United States means any State of the United States, any territory or possession of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and the Commonwealth of the Northern Mariana Islands.

4-3

## Article III

### Eligibility

This Agreement shall apply only under the following conditions:

1. That the offense for which the Offender was convicted and sentenced is one which would be punishable in the Receiving Government; provided, however, that this condition shall not be interpreted so as to require that the offense described in the laws of both Governments be identical in those matters which do not affect the nature of the crime.

2. That the Offender be a citizen or national of the Receiving Government.

3. That the Offender has not been sentenced to the death penalty nor convicted of a purely military offense.

4. Except for Category I Offenders, that at least six months of the Offender's sentence remain to be served at the time of petition to transfer.

5. That the sentence be final, that any appeal procedures have been completed, and that there be no collateral or extraordinary remedies pending at the time of invocation of the provisions of this Agreement.

6. That the Offender's express consent, or the consent of a legal representative in the case of a minor or of an Offender who has become mentally incompetent, to transfer has been given voluntarily and with full knowledge of the legal consequences thereof.

7. That, before the transfer, the Transferring Government shall afford an opportunity to the Receiving Government to verify through an officer designated by the laws of the Receiving Government that the Offender's consent to the transfer has been given voluntarily.

4-4

## Article IV

### Transfer Procedures

1. The Signatory Government of which an Offender is a citizen or national shall make each request for transfer of an Offender in writing to the Transferring Government.

2. As to an eligible Category I Offender, no finding of the appropriateness of such consenting Offender's transfer by the Transferring Government shall be required. Once internal arrangements have been completed, the transfer of the Offender shall be effected.

3. As to a Category II Offender, if the Transferring Government considers the request to transfer the Offender appropriate, the Transferring Government will communicate its approval of such request to the Receiving Government so that, once internal arrangements have been completed, the transfer of the Offender may be effected.

4. (a) In deciding whether to request the transfer of a Category II Offender under paragraphs 1 and 3 of this Article and with the objective that the transfer should contribute positively to the Offender's social rehabilitation, the authorities of the Receiving Government will consider, among other factors: the seriousness of the crime; the Offender's previous criminal record, if any; the Offender's health status; and the ties which the Offender may have to the society of the Transferring Government and the Receiving Government.

(b) If the Offender gives his express consent to the transfer, the Transferring Government shall consider the request promptly and approve it in the absence of serious countervailing considerations, which it shall specify.

5. In any case in which a citizen or national of the Marshall Islands or the Federated States of Micronesia has been sentenced by a state of the United States, the approval of such an Offender's transfer pursuant to paragraph 3 of this Article shall be required from both the appropriate state authority and the federal authority.

6. When the Transferring Government does not approve, for whatever reason, the transfer of a Category II Offender, it shall communicate this decision to the Receiving Government without delay.

7. The Transferring Government shall furnish to the Receiving Government a certified copy of the sentence or judgment relating to the Offender. When the Receiving Government considers such information relevant, it may request, at its expense, copies of the trial record, or portions thereof, or such additional information as it deems necessary. The Transferring Government shall grant such requests to the extent permissible under its laws.

4-5

8.   Delivery of an Offender by the authorities of the Transferring Government to those of the Receiving Government shall occur at a place agreed upon by the two Governments. The Receiving Government will be responsible for the custody and transport of the Offender from the Transferring Government.

9.   The Receiving Government shall not be entitled to any reimbursement for the expenses incurred by it in the transfer of an Offender or the completion of the Offender's sentence.

4-6

## Article V

### Execution of Sentence

1.   An Offender delivered for execution of sentence under this Agreement may not again be detained, tried or sentenced by the Receiving Government for the same offense for which the sentence was imposed by the Transferring Government.

2.   Except as otherwise provided in this Agreement, the completion of a transferred Offender's sentence shall be carried out according to the laws and procedures of the Receiving Government, including the application of any provisions for reduction of the term of confinement by parole or conditional release.

3.   Each Signatory Party may request reports indicating the status of confinement of all Offenders transferred by it under this Agreement, including in particular the parole or release of an Offender.  A Transferring Government may, at any time, request from the Receiving Government a special report on the status of the execution of an individual sentence.

4-7

## Article VI

### Review or Modification of Sentence

The Transferring Government shall retain exclusive juris-
diction over the sentences imposed and any procedures that provide
for revision or modification of the sentences pronounced by its
courts.  The Transferring Government also shall retain the power
to pardon or grant amnesty or clemency to an Offender.  The
Receiving Government, upon being informed of any decision in this
regard, will put such measures into effect.

4-8

Article VII

<u>Transit</u>

1. Upon prior notice, the Government of the United States shall
have the right to transport through the jurisdictions of the
Governments of the Marshall Islands and the Federated States of
Micronesia Offenders being transferred by a Signatory Government
or a third country.

2. Upon prior notice, the Government of the Marshall Islands or
the Federated States of Micronesia shall have the right to trans-
port through the jurisdiction of the Signatory Governments Offen-
ders being transferred by the Government of the United States or a
third country.

3. When such transport is by air and no stop is scheduled in the
jurisdiction of a Signatory Government, but is required by
extenuating circumstances, no prior notice shall be required.



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Benigno R. Fitial**
Governor

**Timothy P. Villagomez**
Lieutenant Governor

March 7, 2006

Paula A. Wolff
Chief, International Prisoner Transfer Unit
U.S. Department of Justice
10th & Constitution Avenue, N.W.
John C. Keeney Bldg, 12th Floor
Washington, D.C. 20530

**Re: Hadley Renguul, Prisoner d.o.b. 14 March 1977**

Dear Ms. Wolff,

I have received copies of letters from the President of the Republic of Palau and the Ambassador of the Embassy of the Republic of Palau in Washington D.C., supporting and requesting for a prison transfer of the above named prisoner from the Department of Corrections, Saipan to the Division of Correction and Rehabilitation in Palau.

Pursuant to the authority vested in me under the laws of the Commonwealth of the Northern Mariana Islands as found in 6 CMC §4112(b), I hereby grant the request of the above named prisoner made pursuant to Title Four of the Agreement on Extradition, Mutual Assistance in Law Enforcement Matters and Penal Sanctions Concluded Pursuant to Section 175 of the Compact of Free Association.

Thank you for your assistance in this matter.

Regards,

Benigno R. Fitial
Governor

Cc: Ernest Mark Williams, DPS Acting Commissioner
Ray Mafnas, DOC Acting Secretary
Hersey Kyota, Ambassador, Embassy of the Republic of Palau

Caller Box 10007 Saipan, MP 96950 Telephone: (670) 664-2200/2300 Facsimile: (670) 664-2211/2311



Note: 005/MSUS/07

The Ministry of State of the Republic of Palau presents its compliments to the Embassy of the United States of America in Koror and has the honor to request the latter to forward the attached letter addressed to Chief Paula A. Wolff, International Prisoner Transfer Unit, from the Honorable Temmy L. Shmull, Minister of State, Republic of Palau.

The Ministry of State avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

Melekeok, REPUBLIC OF PALAU
25 January 2007



**DIP NOTES**



# Ministry of State

January 25, 2007
MS-038-07

Paula A. Wolff, Chief
International Prisoner Transfer Unit
U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530

          Re: Hadley Falan Renguul, State No. 00-0225

Dear Chief Wolff:

          Thank you for your letter of October 31, 2006 in which you advised that the United
States and the Northern Mariana Islands have approved the request of the above-referenced
prisoner to transfer to the Republic of Palau to serve the portion of his prison sentence that
remains unserved.

          This will confirm that the Republic of Palau approves and consents to the transfer of
the prisoner to Palau. We confirm also that the prisoner is a citizen of the Republic of Palau.
Pursuant to your request, we are attaching copies of the relevant statutes which make the
offenses for which the prisoner is in custody in the United States a criminal offense in Palau.
We further advise that the continued enforcement procedure will be applied with respect to
the transfer so that he will serve that portion of the original sentence imposed which remains
unserved. Our remission provisions provide that a prisoner who is sentenced to thirty years or
more (including suspended portions of the sentence) is eligible for parole after serving fifteen
years.

          I trust that the foregoing satisfies your request for additional information and material.
Please advise me if anything further is required from the Republic of Palau in order to
accomplish the transfer. Thank you.

Sincerely,

Temmy L. Shmull
Minister of State

### § 503. Assault and battery.

Every person who shall unlawfully strike, beat, wound or otherwise do bodily harm to another, shall be guilty of assault and battery, and upon conviction thereof shall be imprisoned for a period of not more than six months, or shall be fined not more than $100.00, or both.

### Kidnaping

§ 1801. Defined; punishment.

### § 1801. Defined; punishment.

Every person who forcibly or fraudulently and deceitfully, and without authority by law, imprisons, seizes, detains, or inveigles away any person other than his or her minor child, with intent to cause such person to be secreted within the Republic against his or her will, or sent out of the Republic against his or her will, or sold or held as a slave or for ransom, shall be guilty of kidnaping, and upon conviction thereof shall be imprisoned not more than 15 years, or fined not more than $10,000, or both.

### § 2802. Rape.

Every person who shall unlawfully have sexual intercourse with a female, not his wife, by force and against her will, shall be guilty of rape, and upon conviction thereof shall be imprisoned for a period of not more than 25 years.

98-003255    · ·      COMPLAINT REPORT      Page No. 1
09/15/2006

RECEIVED

COMPLAINT NUMBER -> 98-003255      °⁵ OCT -6 PM 12: 49   73-8F
PNDAP
RP

Received by:

Date/Time received: 03/28/1998 @ 05:35    How received: Phone

Time dispatched: 05:35   Time arrived: 05:49    Time cleared: 09:01

---

COMPLAINANT -> MALE CALLER

Address:
City: SAIPAN      State: MP   Zip: 96950      Phone: (670

---

TYPE OF COMPLAINT -> Rape

Nature of    REPORTED POSSIBLE DOMESTIC, RESPONDING OFFICER LATER FOUND
complaint    OUT IT'S A KIDNAPPING, AND RAPE

How handled: Officer dispatched
Location code: MRPI     Location dispatched: SUICIDE CLIFF

Officer dispatched: MISAEL ROMOLOR
Officers assisting: 1) NORBERT METTAO
                 2) JESUS CEPEDA

---

TIME ANALYSIS

Queue time    <time received to dispatched> =    0 minutes
Travel time    <time dispatched to arrived> =   14 minutes
Response time <time received to arrived>    =   14 minutes
Action time    <time arrived to cleared>     =   192 minutes

COPY
BMV/ Records & Firearms
Dept. of Public Safety
Mariana Islands
Saipan, MP 96950
Issued By:
Date Issued 09/15/2006

CNMI - DEPARTMENT OF PUBLIC SAFETY

98-003255

INCIDENT REPORT

Page No.  1
09/15/2006

RESPONSIBLE(S) KIDNAPPED AND RAPED VICTIMS.

COPY

Date occurred: 03/28/1998 to 03/28/1998     Date reported: 03/28/1998
Time occurred: 04:00  to   05:35             Time reported: 05:35
                                             Jurisdiction: 1

BMV Records & Firearms
Dept. of Public Safety
Mariana Islands
Saipan, MP 969

Preliminary Officer: MISAEL ROMOLOR     Issued By:
Assisting officer: NORBERT METTAO
Assigned Detective:                      Date Issued: 9/18/2006
Reviewed by:                             Date reviewed:

Cleared by:                              Date cleared:
Case status: Forwarded to AG             Date closed:    03/30/1999

Offense code: 6CMC-1421...KIDNAPPING
Nature of offense: TOOK VICTIMS AGAINST THEIR WILL.

Circumstance: Completed                  Location: SUICIDE CLIFF
Unfounded? NO    Date: 03/28/1998        Location code: Marpi Area
Bias motivation: Unknown                 Location type: Park/Recreational

Alcohol consumed? YES Drug/Narcotic?     Premises entered:
Computer equipment used?                 Forced entry?        Abandoned?

Weapon/Force: Hands,fists,feet,etc

Offense code: 6CMC-1301...RAPE
Nature of offense: SEXUALLY ASSAULTED VICTIMS.

Circumstance: Completed                  Location: SUICIDE CLIFF
Unfounded? NO    Date: 03/28/1998        Location code: Marpi Area
Bias motivation: Unknown                 Location type: Park/Recreational

Alcohol consumed? YES Drug/Narcotic?     Premises entered:
Computer equipment used?                 Forced entry?        Abandoned?

Weapon/Force: Hands,fists,feet,etc

HADLEY FALAN RENGUUL                      DOB:              Age at incident: 21
KANNAT TABLA                             Sex: M  Race: ISL  Ethnicity: PALA
SAIPAN, MP  96950                        Height: 5'06"  Weight: 155 lbs.
(670) 234-5366                           SSN:

Interviewed?       Statement taken?      Hair color: Black
                                         Eye color: Brown
Citations issued? NO                     Build: Medium or average
Warrants issued?  NO                     Complexion: Fair

HADLEY FALAN RENGUUL                     OTN:

Date of arrest: 03/29/1998 @ 06:27       Informed of charge? YES
Arrest type: Taken into custody          Advised of rights? YES
Location: SUICIDE CLIFF                   NCIC check?
Location code: Marpi Area                Resident? YES

Booking station: Central Station         Booking number: B98-0533
Condition prisoner: Intoxicated          Other incident(s) cleared? NO
Arrest disposition: Booked and Detained  Date of disposition: 03/28/1998

Arresting officer: NORBERT METTAO

CNMI - DEPARTMENT OF PUBLIC SAFETY

98-003255                      INCIDENT REPORT                    Page No.   2
                                                                  09/15/2006
                  RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

Assisting officer:

WEN QUN LI                              DOB: 10/25/1968  Age at incident: 29
                                        Sex: F  Race: ASN  Ethnicity: CHIN
SAIPAN, MP   96950                      SSN:      -  -
(670                                    Interviewed? YES
                                        Statement taken? YES   Resident?

Employer: CEASAR SAUNA
Occupation:                             Work phone: (670) 233-8882

Hospital:                               Doctor:
Transported by:
Injury type: Unknown

Related offenses: 6CMC-1421; 6CMC-1301
Relationship to HADLEY FALAN RENGUUL: Stranger

HONG JUN WANG                           DOB: 02/02/1962  Age at incident: 36
GARAPAN                                 Sex: F  Race: ASN  Ethnicity: CHIN
SAIPAN, MP   96950                      SSN:      -  -
(670) 233-8882                          Interviewed? NO
                                        Statement taken? NO    Resident?
Employer: CEASAR SAUNA
Occupation:                             Work phone: (679) 233-8882

Hospital: CNMI, Health Center           Doctor:
Transported by: Other
Injury type: Unknown

Related offenses: 6CMC-1421; 6CMC-1301
Relationship to HADLEY FALAN RENGUUL: Stranger

Registration: MP->ABH737...97 HOND CRV GRN

Characteristics: MARIANAS INS. POL#30-3075-04   EXP:10/18/2005
VIN: JHLRD1846VC041332
Owner: KENTY, CHARLEY
        P.O.BOX 8103 SVRB       SAN JOSE
        SAIPAN, MP   96950

Type of property: Seized                Disposition:
Category: Wagons
Towed by:                               Towed to: DPS IMPOUND LOT
Value vehicle:    $0

Related offenses:

COPY
BMV/ Records & Firearms
Dept. of Public Safety
Mariana Islands
Saipan, MP 96950
Issued By:
Date Issued:  09/15/2006

CNMI - DEPARTMENT OF PUBLIC SAFETY

98-003255            RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

---

Reported by: MISAEL ROMOLOR               Date reported: 03/28/1998
Reviewed by:                              Date reviewed:   /  /

                                          BMV/Records & Fire
CRIME SCENE:                              Dept. of Public Safety
                                          Mariana Islands
          SUICIDE CLIFF, MARPI.           Saipan, MP 96950

                                          Issued
INVESTIGATION:                            D    09/15/2006

          AT ABOUT 0549 HRS. OFFICER NOBERT METTAO AND I
ARRIVED AT THE SCENE AND I SAW A GREEN VAN PARKED SOUTH OF THE
DRIVEWAY FACING SOUTH. I MADE A LEFT TURN AND WAS ABOUT TO PARK
BEHIND THE VAN WHEN THE DRIVER, A MALE SAW ME AND TOOK OFF IN THE
VAN GOING DOWN THE ROAD FROM SUICIDE CLIFF. OFFICER METTAO WHO
WAS BEHIND ME, TURNED AROUND AND WENT AFTER THE VAN. I SAW TWO
ASAIAN WOMEN RUN IN FRONT OF MY PATROL CAR HEADING TOWARDS THE
MONUMENT(STATUE). BOTH WOMEN APPEARED UPSET AND WERE CRYING
HYSTERICALLY. ONE OF THEM WAS HALF NAKED FROM THE WAIST DOWN AND
SHE WAS PULLING HER BLOUSE DOWN TO COVER HERSELF. I GOT DOWN AND
ASKED WHAT HAPPENED, WHAT THEY DIDN'T ANSWER, THEY
JUST KEPT CRYING HOLDING ONTO EACH OTHER. AT ABOUT 0551 HRS,
OFFICER METTAO CALLED ME ON THE RADIO ASKING FOR HELP. I WENT
DOWN TO WHERE HE WAS(THE FIRST CURB FROM SUICIDE CLIFF)AND SAW
THE VAN HAD RUN OFF THE ROADWAY AND CRASHED INTO A COW FENCE. AT
THE SAME TIME OFFICER ROGER CAMACHO ARRIVED AT THE SCENE AND
HELPED OFFICER METTAO SEARCH FOR THE DRIVER IN THE WOODLINE
BEHIND THE FENCE AND FOUND HIM LYING ON THE GROUND. THEY TOOK THE
SUSPECT AND RESTRAINED HIM. I WENT BACK UP TO SUICIDE CLIFF AND
TRIED TO CALM THE TWO WOMEN DOWN BY THIS TIME THE HALF NAKED LADY
WAS WEARING JEANS. I ASKED THE WOMAN WEARING A BLACK MINI DRESS
WHAT HAPPENED. SHE LOOKED CALM AND READY TO TALK. SHE SAID, THEY
TAKE ME FROM GARAPAN TO HERE.
          A WITNESS NAMED AUGUSTINE CHONG STOPPED BY WITH MOON
MYUN JU AND TOLD ME THAT HE DROVE BY AND SAW WHAT HAPPENED.
OFFICER METTAO CALLED ME UP ON THE RADIO AND ASKED ME TO BRING
THE VICTIMS DOWN TO IDENTIFY THE SUSPECT. I TOOK THEM DOWN AND
OFFICER ROGER CAMACHO LET THE SUSPECT OUT OF METTAO'S PATROL CAR
AND MADE HIM STAND IN THE OPEN FACING US. I ASKED THE WOMAN IN
THE BLACK DRESS LI WEN QUN, POINTING AT THE SUSPECT IF HE'S THE
ONE WHO TOOK THEM AND SHE NODDED HER HEAD AND SAID YES. AT ABOUT
0607 HRS. OFFICER JESUS CEPEDA ARRIVED AND TALKED TO LI WEN QUN
FIRST. AFTER HE TALKED TO HER, HE TOLD ME THE TWO WOMEN WERE
TAKEN FROM GARAPAN BY FOUR MEN AND BROUGHT HERE TO MARPI AGAINST
THEIR WILL. HE THEN TALKED HONG JUN WANG. HE LEARNED FROM HONG
JUN WANG THAT THE SUSPECT IS ONE OF THE MEN THAT RAPED HER.
MEDICS ARRIVED AT THE SCENE AND CHECKED ON THE TWO WOMEN. OFFICER
ANDREA OZAWA TRANSPORTED THE TWO WOMEN TO CHC.

INTERVIEW:WITNESS

          MR. AUGUSTINE CHONG STATED AT ABOUT 0520 HRS HE AND MR.
MOON MYUNG JU DROVE UP TO SUICIDE CLIFF TO WALK. WHEN HE GOT INTO
THE DRIVEWAY OF THE CLIFF, HE HEARD SOMEONE SCREAMING. AS HE
TURNED HIS CAR AROUND AND THE LIGHTS SHINED ON THE STATUE HE SAW
A GROUP OF PEOPLE WITH A MAN ON TOP OF A WOMAN AND THEY WERE
STRUGGLING. HE LEFT THE PLACE AND WENT TO THE GROTTO AND USED THE
911 CALL BOX TO CALL FOR HELP.


                    CNMI - DEPARTMENT OF PUBLIC SAFETY

equence: 01

INCIDENT SUPPLEMENTAL REPORT

Page No. 2
09/15/2006

98-003255     RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

INTERVIEW:VICTIM

LI WEN QUN STATED AT ABOUT 0400-0430 HRS. THEY WERE OVER AT J'S RESTAURANT ON MIDDLE ROAD EATING. THEY LEFT THE PLACE AND WALKED ON 2W GARAPAN HEADING NORTH TO CEASAR'S SAUNA. SHE SAID WHEN THEY REACHED THE JAPANESE CONSULATE AT HORIGUCHI BUILDING IN GARAPAN A VAN PULLED UP BESIDE THEM. SHE SAID "THEY TAKE ME, THEY TAKE ME" AND HELD OUT HER ARMS AND HANDS ACTING OUT A GRABBING MOTION. SHE SAID THERE WERE FOUR MEN IN THE VAN. ONE OF THE MEN SAID, GIVE ME MONEY, IF YOU DON'T, WE KILL YOU. SHE ASKED IF THEY WOULD PLEASE LET THEM GO AND ONE OF THEM SAID NO, NO.  I WASN'T ABLE TO GET MORE DETAILED INFORMATION BECAUSE SHE WAS STILL UPSET AND SPOKE LITTLE ENGLISH. THE OTHER VICTIM HONG JUN WANG DIDN'T TALK TO ME AT ALL WHEN I ASKED HER QUESTIONS. SHE JUST SAT IN THE PATROL CAR AND LOOKED STRAIGHT FORWARD. SHE WOULD CRY OUT, GET UP AND SPIT OUT THE WINDOW. OFFICER JESUS CEPEDA TALKED TO HER AT THE SCENE AND AT THE HOSPITAL.

SGT. LARRY SOKAU ARRIVED AND HELPED OFFICER NOMAN SUDA LIFT LATENT PRINTS FROM THE VAN LP#ABH-737.


OFFICERS ON SCENE.
1. SGT. LARRY SOKAU
2. PO3. WILLIAM HOCOG
3. PO1. ROGER CAMACHO
4. PO1. JESUS CEPEDA
5. PO1. ANDREA OZAWA
6. PO1. NOBERT METTAO

COPY
BMV/ Records & Firea
Dept. of Public Sa
Mariana Island
Saipan, M 96
Issued By:
Date Issued: 09/15/2006

Sequence: 02                    INCIDENT SUPPLEMENTAL REPORT                    Page No.   1
                                                                               09/15/2006
98-003255            RESPONSIBLE(S) KIDNAPPED AND RAPED VICTIMS.

Reported by: JESUS CEPEDA                Date reported: 03/28/1998
Reviewed by:                             Date reviewed:    /  /

INTERVIEW OF MS. LI WEN QUN AT CHC:
Ms. Li Wen Qun told me that at about 04:00am to 04:30am, Hong Jun
Wang and herself were in front of Horiguchi building, walking
back to Ceasar's Sauna from J's Restaurant when a dark vehicle
pulled up from behind and stopped beside them. She said about
three to four male individuals got out of the vehicle, approached
them and forced them into the vehicle. She said one of the male
individuals demanded money from them, and if they don't give it
up, they will be killed. Ms. Li Wen Qun told me that they were
taken north to a remote area were the male individuals took them
out of the vehicle. She said her friend was separated from her
were she could not see her. Ms. Li Wen Qun said two male
individuals took her to a table, and one of the  male individuals
told her that if she screems(the male individual waving a white
sharp object in front of her face), she will be thrown off the
cliff. One of the male Individuals held her arms to her back
while the other held her underpants, tore it off from her body,
and had sexual contact with her. Ms. Li Wen Qun told me that
another male individual came over, holding a big rock, just when
he saw a vehicle light shining towards them, he dropped the rock
and ran into the jungle.

COPY
BMV/ Records & Firearms
Dept. of Public Safety
Mariana Islands
Saipan, MP 96950
Issued By:
Date Issued: 09/15/2006

equence: 03            NCIDENT SUPPLEMENTAL REPOR                Page No.   1
                                                                09/15/2006

98-003255            RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

Reported by: CALVIN FARLEY              Date reported: 03/28/1998
Reviewed by:                           Date reviewed:   /  /

SUPPLEMENTAL:

OBSERVATION:
On Saturday morning 03/28/98 between the hours of 0200 hrs and
0300 hrs.  I was patroling in my marked patrol car in western
Garapan.  I was approaching the intersection just south of
Winchells in Garapan,  when I noticed a green van bearing
LP#.ABH-737 heading north direction on beachroad Garapan.   I then
followed the vehicle on my mark patrol car. I observed the
vehicle turning east direction into Lower Miha from beachroad
Garapan.  I then followed the vehicle from a Distance.  The
vehicle headed east direction to a dark area and stopped.  I then
stopped and went north direction in lower Miha.  I parked six
houses down from where they had parked and waited.  In less than
five minutes the same vehicle appeared from the dark area.  The
vehicle then headed south direction towards Wendells Market in
Garapan to a residence just three houses behind Wendells Market.
I stopped at the intersection to Wendells and observed the
vehicle for about ten minutes.  I then left the area.  On my way
down the road on 2W HIGHWAY by Linson Garment I noticed two
chinese females walking south direction.  One of the females was
wearing a black dress and tall.  The other female was short but I
could not get the description of her clothes.

COPY

BMV/ Records & Firear
Dept. of Public Sa
Mariana Islands
Saipan, M
Issued By:
Date Issued: 09/15/2006

98-003255          RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

Reported by: ANDREA OZAWA              Date reported: 03/28/1998
Reviewed by:                           Date reviewed:   /  /

ARRIVAL AT SCENE/OBSERVATION:
At about 0640 hours, I, Officer Andrea Ozawa, arrived at the last
curve before reaching Suicide Cliff Lookout in Marpi area. At the
scene, I saw a green Honda CRV four (4) door sportswagon with
dark tinted windows, LP#ABH737. This vehicle was off the road and
its front portion was rammed into a wooden utility pole.

At the scene were three (3) DPS police officers and three (3)
police vehicles. One (1) vehicle, (car#26), was parked on the
road at the beginning of the curve so as to block off any
on-coming traffic. I parked my vehicle (car#14) on the grassy
shoulder to the right of car#26. At the curve were two (2)
officers, Officer Misael Romolor and Officer Jesus Cepeda, and
the other two (2) police vehicles. Officers Romolor and Cepeda
were standing by police vehicle #20. The other police vehicle was
parked nearby police vehicle #20. PO3 Officer William Hocog,
field sergeant for the Bravo shift, stood about 20 feet away,
observing.

As I approached Officer Romolor and Officer Cepeda, I noted two
(2) Asian females were sitting in car#20. One (1) of the women
was wearing a long-sleeved black dress. The other woman was
wearing white color jeans and a flowery orange colored blouse.

I learned from Officer Cepeda, that both women are victims of a
possible rape incident that took place at the location of Suicide
Cliff lookout. I also learned from Officer Cepeda that both
victims are Chinese nationals and only one (1) of them, Ms.
Wen-Qun Li, can speak a little English. The other victim, Ms.
Hong-Jun Wang cannot speak or understand English at all. Officer
Romolor was in the proccess of interviewing Ms. Wen-Qun Li.

I approached police vehicle (car#20), so I could observe the
victims better. First I went to the right side of the vehicle
where Ms. Wang was slouched. Her hair was disheveled and her face
was was stained slightly with what looked like dirt. She wore an
orange colored, short-sleeved, flowery print blouse and white
jeans. She also wore a gold colored necklace with a "CD" pendant.
She had on sandals but no stockings or socks.

She was supporting her abdominal area with her hands. I asked Ms.
Wang if she was hurt or in pain anywhere. The other victim, Ms.
Li, said something to her in what I believe to be in Chinese and
Ms. Wang responded by lowering her hands toward her vaginal area.
I asked her if she wanted to go the hospital and again Ms. Li
told her something in their language. To this, Ms. Wang responded
by looking at me and vigorously shaking her head from side to
side. Ms. Wang did not have any visible cuts or open wounds, but
she had a few bruises on her right arm.

I then went to the other side to where Ms. Li was sitting. Her
hair was tied with a black and white cigarette and she wore a gold
colored necklace and eye glasses. She had on a black, long
sleeved knit or jersey material dress. She wore nylon stockings,

CNMI - DEPARTMENT OF PUBLIC SAFETY
Issued By:
Date Issued: 09/15/2006

equence: 04

INCIDENT SUPPLEMENTAL REPORT

98-003255    RESPONSIBLE(S) KIDNAPPED AND RAPED VICTIMS

Page No.    2
09/15/2006

possibly panty stockings, which were a light tan color. She was
not wearing any foot wear. She was crying.

We, through Officer Cepeda, called the radio dispatcher at DPS
Central to call for an ambulance. Immediately after the medics
arrived, they checked for the victims' vital signs and determined
that they were in stable condition. Both victims refused to be
transported to the hospital by the ambulance and both signed the
waiver form, one (1) of which I signed as a witness. After
consulting with PO3 Officer William Hocog, it was decided that I,
as a female officer, should transport both victims to the
Commonwealth Health Center (CHC). I transferred them to my police
vehicle (car 14) and transported them to CHC.


ARRIVAL AT COMMONWEALTH HEALTH CENTER (CHC):
At CHC, the victims were admitted to the ER (emergency room)
where the doctors made a routine check. The doctors confirmed the
victims should be seen by the OB/GYN physician and be tested
using a rape kit to determine whether or not they have been
raped. I was informed by the doctors that I should witness the
test because I am a police officer and also a female.

Doctor Florence H. Jackson who specializes in OB/GYN conducted
the examinations and administered the tests. I, Officer Andrea
Ozawa, witnessed the whole proccess.

(VICTIM #1)
For the first victim, Ms. Hong-Jun Wang, a rape kit by the name
of Malicious Assault Rape kit, brand name "MARKIT" was used to
obtain possible evidence. This will be forwarded to the Evidence
Custodian. The items in this kit are as follows:
ITEM#1-(one each)-white color box described as a Malicious
       Assault Rape kit, with brand name "MARKIT".
ITEM#2- (one each)-white color paper containing the following:
       A)Yellow plastic bag containing a pair of black sandals,
         size five and a half, brand name "Sole Purpose".
       B)White paper containing a transparent orange color blouse
         with white underlining, brand name "Plum".
       C)Maroon color brassiere, size 70A, brand name "Golden
         Sun".
ITEM#3-(one each)-White paper bag containing one (1) light blue
       ladies underwear, no brand name.
ITEM#4-(one each)-White color paper bag containing an off-white
       colored long jeans, brand name "Daily Topics", size 63-90.
       NOTE: Torn on both sides of zippers with stains on
       different locations.

NOTE:The above items will be used as evidence and will be handed
to the Evidence Custodian sealed and untampered.

Dr. Jackson also examined the physical state of Ms. Wang, who was
found to have bruises on both arms and legs, and on her torso -
front and back.
Evidential photographs were taken of the injuries by Crime Scene
Technician PO1 Officer Norman C. Suda. Though an interpreter, Ms.
Wang was made to understand the reason for taking the pictures,

namely for evidence. Also through an interpreter, PO1 Officer
Eddie Chen, Dr. Jackson and I learned that two (2) men penetrated
her vagina with their penis and three (3) men put their penis in
her mouth. In either case, she is unsure whether or not
ejaculation took place. During each penetration, three (3) men
pinned her down (one (1) man for each arm). She also said someone
hit her head.


(VICTIM #2)
For the second victim, Ms. Wen-Qun Li, a rape kit by the name of
Sexual Assault Evidence Collection Kit was used to obtain
possible evidence. This will be forwarded to the Evidence
Custodian. The items in this kit are as follows:

ITEM #1-(one each)-Sexual Assault Evidence Collection Kit.
ITEM #2-(one each)-Ladies' brassiere.
ITEM #3-(one each)-Nylon stockings, light brown color(pantyhose).
ITEM #4-(one each)-Black color sandals with thick soles.
ITEM #5-(one each)-Black color ladies' dress with V-shaped
        neckline and collar.
ITEM #6-(one each)-Medical documents as follows:
        A)Anotomical draawings.
        B)Victim's medical history and assault information.
        C)Authorization for collection and release of evidence
        and information.

NOTE: The above will be used as evidence and will be forwarded to
the Evidence Custodian sealed and untampered.

Dr. Jackson also examined the physical state of Ms. Li, whose
bruises were two (2) "Hickies", one (1) on the right side of her
neck and the other on her upper right chest area, and abrasion on
her hip, and a few scratches. After understanding the necessity
of taking photographs, Ms. Li also signed a consent form. Crime
Scene Technician Officer Norman Suda was at the hospital to take
the photographs.

Both victims' saliva samples, vaginal secretion and mucous
samples were collected and sealed.

NOTE:
Each rape kit and possible evidence found was inventoried on the
Evidence/Property Custody Receipt and secured in a separate
yellow plastic bag, sealed with Evidence tape. This was done
under the supervision of PO3 Officer Eugene Babauta at the
Criminal Investigation Office at DPS Central. I wrote my initials
(A.C.O.), my police I.D. number (#P134), and the date (3-28-98)
in blue marker ink on each yellow plastic bag.

The two (2) bags were secured at the Criminal Investigation
Office and handed to Evidence Custodian PO1 Officer Johannes
Taimanao Jr. on March 28, 1998 at 1745 hours.


NOTE:       COPY
I received the PMG Records Documents for each victim, a total of six
             Dept. of Public Safety
             Mariana Islands
             Saipan, CNMI 96950 DEPARTMENT OF PUBLIC SAFETY
        Issued By:
        Date Issued: 09/15/2006

equence: 04                    INCIDENT SUPPLEMENTAL REPORT                    Page No.  4
                                                                              09/15/2006
98-003255          RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

(6) documents. One (1) each Consent to photograph for legal
evidence for Ms. Wang, Hong Jun and Ms. Li, Wen Qun making a
total of two (2) Consent forms. One (1) each Emergency Visit
Record for Ms.Wang, Hong Jun (#097811) and Ms. Li, Wen Qun
(#097812), making another total of two (2) forms. Finally, one
(1) each History record for Ms. Wang, Hong Jun and Ms. Li, Wen
Qun, making a third total of two (2) forms. These forms or copies
of forms were handed to PO3 Officer Eugene Babauta on March 29,
1998, at 1200 hours.


********************END*OF*MY*REPORT*************************


                              COPY
                    BMV/ Records & Firearms
                     \ Dept. of Public Safety
                        \ Mariana Islands
                        / Saipan, M 96
                    Issued By:
                    Date Issued: 09/15/2006


                CNMI - DEPARTMENT OF PUBLIC SAFETY

INCIDENT SUPPLEMENTAL REPORT                     Page No.  1
                                                                                     09/15/2006
98-003255          RESPONSIBLE(S)KIDNAPPED AND RAPED VICTIMS.

Reported by:                                 Date reported: 03/28/1998
Reviewed by:                                 Date reviewed:    /  /

Additional information:

At about 0540 hrs., I was at DPS Central when I overheard on DPS
radio that Officer Nobert Mettao reporting a possible rape
incident which occured at Suicide Cliff in Marpi. At about 0630
hrs., I responded to the area to check on my personnel as to the
status at the area and when I got there I confronted Officer
Nobert Mettao and learn that two chinese female were claiming
that they were rape. At the same time, he then directed me to a
green color jeep which is located on the right shoulder of the
road as your heading down grade fron suicide cliff. I then
learned from Officer Mettao that the subject vehicle took off
from suicide cliff when he got there which then he pursue the
vehicle and the vehicle went off the roadway. The subject
operator was later arrested at the scene. I then called DPS
Central to have the Criminal Investigator,Crime Scene Technician,
Tow Truck,Ambulance to the area. Officer Nobert then directed me
to suicide cliff where the two chinese female were claiming to be
rape. I then informed Officer Mettao to watch the area until the
arrival of the Crime Scene Techinician. I then proceeded to where
the subject vehicle is located and observed the two chinese
female inside the police vehicle which they refuse to talk to the
police officers because of language problem. I then called DPS
Central to send Officer Jesus Cepeda to the area since he can
speak their language which he arrived at the area,also Officer
Andrea Ozawa arrived at the area.

While I was at the area, I then informed Officer Jesus Cepeda to
interview the two chinese female as to the incident with the
assistance of Officer Andrea Ozawa. I also informed Officer Roger
Camacho to transport the arrestee down to DPS Central for
processing.Note: The ambulance arrive at the area but both victim
refuse to ride on the ambulance. From there I informed Officer
Andrea Ozawa to transport the two chinese female to CHC with the
police vehicle since they refuse to ride in the ambulance. After
having the scene secure and the Crime Scene Techinician at the
area processing the scene. I then left the scene and went to CHC
to check again the status of the two chinese female victim and as
I got there, the victims were inside the emergency room waiting
for treatment. I then confronted Officer Andrea Ozawa and
informed her to let the doctor know what we need from the two
victim and any evidence that came from the two victim to be
secure and turn over to the Crime Scene Technician.

COPY

BMV/ Records & Firearm
Dept. of Public Safe
Mariana Island
Saipan, MP 9

Issued By:

Date Issued:  09/15/2006

CNMI - DEPARTMENT OF PUBLIC SAFETY