| CJA 23 | **FINANCIAL AFFIDAVIT** | |
|---|---|---|
| Rev. 5/98 | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE | |

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____   FOR _____   AT _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): HADLEY F. RENGUUL

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
- Magistrate: _____
- District Court: _____
- Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

---

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: Feb to Dec. 1999
- How much did you earn per month? $ 3.05 @ hr. - PIC
- If married is your Spouse employed?  ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
- RECEIVED: $ _____
- SOURCES: _____

**CASH** — Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: _____
- DESCRIPTION: _____

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: None
- Creditors: _____
- Total Debt: $ _____
- Monthly Paymt.: $ _____

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Renguul

FILED
Clerk
District Court
APR 17 2007
For The Northern Mariana Islands
By _____ (Deputy Clerk)

CLERK OF COURT
SUPERIOR COURT
-FILED-

2000 JUN 13 AM 10: 46

BY:
DEPUTY CLERK OF COURT

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE O. RABAULIMAN and<br>HADLEY F. RENGUUL,<br><br>    Defendants. | CRIMINAL CASE NO. 98-0083A<br><br><br><br>ORDER AS TO DEFENDANT<br>HADLEY F. RENGUUL |

This matter came on for a sentencing hearing on May 16, 2000 at 9:00 a.m. The Government was represented by Assistant Attorney General James J. Benedetto. The Defendant appeared with counsel, Jay H. Sorensen, Esq.

### SENTENCE

The Court after having heard from counsel and being fully apprised in the premises and having stated its findings in open court, the Court hereby sentences the Defendant as follows:

1. **Count II, *Rape*, in violation of 6 CMC § 201, 1301(a), 1303(b)(4):**

    a)   The Defendant is sentenced to ten (10) years imprisonment all of which is suspended except for five (5) years.

2. **Count III, *Criminal Oral Copulation*, in violation of 6 CMC §§ 201, 1307(a):**

    a)   The Defendant is sentenced to ten (10) years imprisonment all of which is suspended except for five (5) years.

AG
SORENSEN
NICHOLAS
BOP
DOC
CJIS

3. **Count IV, *Kidnapping*, in violation of 6 CMC §§ 201, 1421(a)(1) or (2), 1421(c)(2):**

   a) The Defendant is sentenced to ten (10) years imprisonment.

4. **Count V, *Kidnapping*, in violation of 6 CMC §§ 201, 1421(a)(1) or (2), 1421(c)(2):**

   a) The Defendant is sentenced to ten (10) years imprisonment.

5. **Count VI, *Assault and Battery*, in violation of 6 CMC §1202(a)(b):**

   a) The Defendant is sentenced to one (1) year imprisonment all of which is suspended.

6. It is ordered that all of the above sentences shall run consecutively.

7. The Defendant is hereby remanded to the custody of the Division of Corrections.

For purposes of appeal to which the Defendant has been advised of, the Sentence and Judgment is entered this 16th day of May, 2000.

SO ORDERED this 13 day of June, 2000.

_____
EDWARD MANIBUSAN, Presiding Judge