F I L E D
Clerk
District Court

APR 1 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re Consent Verification Hearing for ) | Miscellaneous No. 07-00029 |
| ) | |
| HADLEY FALAN RENGUUL ) | |
| ) | ORDER SETTING |
| Northern Mariana Islands ) | HEARING and |
| Prisoner No. 00-0225 ) | APPOINTING COUNSEL |
| _____ ) | |

IT IS ORDERED that this matter be and hereby is set for a consent

verification hearing pursuant to 18 U.S.C. § 4107 on Tuesday, May 15, 2007, at 9:00

a.m. (Saipan date and time); and,

IT IS FURTHER ORDERED that attorney George Hasselback be and

hereby is appointed to represent Hadley Renguul for purposes of this proceeding.

DATED this 17th day of April, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)