

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Benigno R. Fitial**
Governor

**Timothy P. Villagomez**
Lieutenant Governor

March 7, 2006

F I L E D
Clerk
District Court

MAY 1 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Paula A. Wolff
Chief, International Prisoner Transfer Unit
U.S. Department of Justice
10th & Constitution Avenue, N.W.
John C. Keeney Bldg, 12th Floor
Washington, D.C. 20530

Re: Hadley Remguul, Prisoner d.o.b. 14 March 1977

Dear Ms. Wolff,

I have received copies of letters from the President of the Republic of Palau and the Ambassador of the Embassy of the Republic of Palau in Washington D.C., supporting and requesting for a prison transfer of the above named prisoner from the Department of Corrections, Saipan to the Division of Correction and Rehabilitation in Palau.

Pursuant to the authority vested in me under the laws of the Commonwealth of the Northern Mariana Islands as found in 6 CMC §4112(b), I hereby grant the request of the above named prisoner made pursuant to Title Four of the Agreement on Extradition, Mutual Assistance in Law Enforcement Matters and Penal Sanctions Concluded Pursuant to Section 175 of the Compact of Free Association.

Thank you for your assistance in this matter.

Regards,

Benigno R. Fitial
Governor

Cc:  Ernest Mark Williams, DPS Acting Commissioner
     Ray Mafnas, DOC Acting Secretary
     Hersey Kyota, Ambassador, Embassy of the Republic of Palau

Caller Box 10007 Saipan, MP 96950  Telephone: (670) 664-2200/2300  Facsimile: (670) 664-2211/2311



22 February 2006

Ms. Paula A. Wolff, Chief
International Prisoner Transfer Unit
Criminal Division
United States Department of Justice
12th Floor, John C. Keeney Building
Washington, D.C. 20530

Re: Hadley Renguul's Prisoner Transfer Request from the Republic of Palau

Dear Ms. Wolff:

Thank you for your prompt action on the above Prisoner Transfer Request, and for providing me a courtesy copy of your letter to Governor Juan N. Babauta of the Commonwealth of the Northern Mariana Islands.

I wish to clarify an error in my letter of 19 January 2006. I mistakenly claimed in the letter that Governor Babauta had approved the transfer request. Instead, Governor Babauta in a letter to President Remengesau assured him that his administration will work expeditiously to fulfill the request for prisoner transfer. I apologize for the error. I should have also informed you that the Commonwealth of the Northern Mariana Islands' new governor is Mr. Benigno R. Fitial, who took the Office of the Governor on 9 January 2006.

In light of the new information provided in your letter, I will inform the prisoner's relatives in the Commonwealth of the Northern Mariana Islands to seek the Governor's approval for Hadley Renguul's transfer request.

I have enclosed the letters from President Remengesau of the Republic of Palau and Governor Babauta of the Commonwealth of the Northern Mariana Islands Re: Prisoner Transfer Request for your easy reference.

Thank you.

Sincerely,

Hersey Kyota
Ambassador

Enclosures



19 January 2006

Ms. Paula A. Wolff
Chief
International Prisoner Transfer Unit
Criminal Division
United States Department of Justice
12th Floor, John C. Keeney Building
Washington, D.C. 20530

Dear Ms. Wolff:

I have been requested by relatives of Mr. Hadley Renguul, an inmate incarcerated in D.O.C. Medium Security Unit, in Saipan, U.S. Commonwealth of the Northern Mariana Islands, to assist in the transfer of the subject inmate to the Republic of Palau.

I have enclosed the inmate's letter of request for international prisoner transfer and a letter of consent authorizing the United States Department of Justice to discuss his application for international prisoner transfer with me.

As stated in his letter, Hadley Renguul was incarcerated in the Northern Mariana Islands and did not have the opportunity to see his dying mother, let alone attend her funeral last year. The prospect of suffering the same circumstances and "heartbreak" for his ailing father is unbearable.

I am aware and can attest to the fact that a letter of request for a transfer by President Tommy E. Remengesau of the Republic of Palau was approved by Governor Juan N. Babauta of the Commonwealth of the Northern Mariana Islands. However, the final approval of such transfer rests with the Department of Justice.

I support Mr. Hadley Renguul's request and respectfully appeal to the U.S. Department of Justice to grants it as expeditiously as practicable.

Thank you.

Sincerely,

Hersey Kyota
Palau Ambassador to the U.S.

(Enclosures)

RECEIVED 06 FEB -1 AM 11:57

July 29, 2005

United States Department of Justice
10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations
International Prisoner Transfer Unit
John C. Keeney Building
Washington, D.C. 20530

Dear Sir/Madam,

   I am writing to you to respectfully requesting an international prison transfer to my native country, the Republic of Palau. I am incarcerated on the island of Saipan in the Commonwealth of the Northern Mariana Islands (CNMI). I have been sentenced to a prison term of 30 years. Because of my long prison term, I deeply desire to serve my time in my country of origin.
   The length of my jail term is of utmost concern to me. First of all, I desire to be closer to my dear beloved father. I did not have a chance to see my mother before she passed away last November 15, 2004. Thus, I don't want to suffer the same heartbreak with continued separation from my father.
   Also, in the Republic of Palau, the prison Warden allow inmates with clean prison records to attend the island college for both education and rehabilitative purposes while still serving time. The prison here in the CNMI allows no such rehabilitation.
   Finally, to be closer to my loves ones, my family and relatives, and within my own culture would most certainly encourage me to maintain proper prison conduct, motivate me to set good example for younger inmates and make my remaining prison term more bearable. The prison in Saipan, CNMI does not reward good conduct or behavior.
   In March 2004, I wrote to both the President of the Republic of Palau, Honorable Tommy E. Remengesau and the Governor of Saipan, CNMI, Honorable Juan N. Babauta, requesting the aforementioned international prison transfer. Although both countries' leaders have given their consent, I was told that they also need your permission. I also did send a letter to the United States Department of Justice (USDOJ) last September 2004 but have received no response yet.
   This international prison transfer request is my only hope for a brighter future (family contact, rehabilitation, educational opportunities, etc.) I pray that you (USDOJ) will consider my heartfelt appeal favorably and grant me this opportunity for a potentially hopeful future life.
   Thank you sincerely for your time, involvement, and consideration. I now eagerly look forward to your reply at your earliest convenience. Thank you from the bottom of my heart.

Very truly yours,

*[signature]*

Hadley Renguul
Inmate, D.O.C.
Medium Security Unit.



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Juan N. Babauta**
Governor

MAR 1 7 2004

**Diego T. Benavente**
Lieutenant Governor

The Honorable Tommy E. Remengesau, Jr.
President
Republic of Palau
P.O. Box 6051
Palau, PW 96940

Subject: <u>Request to Transfer of Palauan National from Saipan Correctional Facility to Custody of the Division of Correction and Rehabilitation in Palau</u>.

Dear Honorable President Tommy E. Remengesau, Jr.:

This letter is in response to your letter dated March 2, 2004 wherein you requested that the Administration endeavor to transfer custody of a Palauan National, Mr. Hadley Renguul, from the Saipan Correctional Facility to the Division of Correction and Rehabilitation in Palau.

I assure you that the Administration will take all appropriate and prudent measures to ascertain whether the aforementioned request can be granted in light of the equitable circumstances set forth in your letter. Specifically, the Office of the Attorney General and the Department of Corrections will be informed of your request and will be instructed to work expeditiously to fulfill the request.

If you have any questions or concerns related to the foregoing issue, please do not hesitate to contact Mr. Steven M. Newman, Governor's Legal Counsel, or myself.

Sincerely,

JUAN N. BABAUTA

CC: Lt. Governor

Caller Box 10007 Saipan, MP 96950 Telephone: (670) 664-2200/2300 Facsimile: (670) 664-2211/2311



# Republic of Palau
## Office of the President

**Tommy E. Remengesau, Jr.**
*President*

PO Box 6051, Palau, PW 96940
tel (680) 488-2403/2828, fax (680) 488-2424/1662
email-IN:rop.president@palaunet.com

2 March 2004
Serial: 04-058

The Honorable Juan N. Babauta
Governor
Commonwealth of the Northern Mariana Islands
Office of the Governor
Saipan, CNMI 96950

Dear Governor Babauta:

I am writing to seek your most favorable and kind consideration, regarding a Palau national, namely Hadley Renguul (27 years old). Mr. Renguul is currently being incarcerated at the Department of Correction in Saipan, CNMI. The CNMI Court ordered Mr. Renguul to serve 30 years of prison terms for criminal offenses he committed in violence of: 6 CMC §§201, 1301(a), 1303(b((4); 6 CMC §§201, 1307(a); 6 CMC §§201, 1421(a)(1), 1421(c)(2).

Mr. Renguul was visited on several occasions by Ms. Eileen Kintol, Consul of the Palau Consulate Office in CNMI; and according to Ms. Kintol, Mr. Renguul is greatly repentant of the crime he committed. Mr. Renguul indicated his desire, to Ms. Kintol, for a chance to be transferred to serve the remainder of his criminal sentence in Palau in order to be closer to his grandparents. Mr. Renguul was adopted and raised by his grandparents. His grandmother is now bedridden while the grandfather is confined to a wheelchair.

I am advised that Mr. Renguul would be eligible for parole in ten (10) years time from date of this sentencing which was January 13, 2000. To this end, I, therefore, request for your kind consideration in commuting Mr. Renguul's jail sentence and allowing him the opportunity to be transferred to the Bureau of Public Safety, Division of Correction and Rehabilitation (Koror Jail), Republic of Palau to serve the remainder of his prison terms. I firmly believe that our local Correction and Rehabilitation offers extensive and successful rehabilitation program that Mr. Renguul would benefit from. This would also ease the financial burden on the Saipan Correctional Facility and the Government of CNMI.

It is further advised that Mr. Renguul has also expressed his wish to pursue his education once transferred to Palau, and the Koror Jail is providing such program for its interested inmates, at the Palau Community College.

Thank you, and I look forward to hearing from you.

Sincerely yours,

Tommy E. Remengesau, Jr.
President of the Republic of Palau

