UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

MC-07-000029                                                                 May 16,  2007
                                                                                      8:40  a.m

### IN RE: HADLEY FALAN RENGUUL

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL,  Court Reporter
           K. LYNN LEMIEUX,  Deputy Clerk
           CRAIG MOORE, Assistant U. S. Attorney
           DAVID BANES, Attorney for Hadley Falan Renguul

PROCEEDING:   **CONSENT VERIFICATION HEARING**

Attorney David Banes was present on behalf of Hadley Falan Renguul.  Government by Craig Moore, AUSA.

Court announced that this hearing was being recorded and proceeded with the consent verification procedure.

Hadley Falan Renguul, the offender, was sworn and examined by the Court.

The offender made an oral indication to the Court that he did not understand the proceedings.  Attorney David Banes requested a recess in order to advise his client.

Court recessed at 8:55 a.m. and reconvened at 9:30 a.m.

Court made a finding, based upon the answers put to him in court, that the offender was mentally competent to understand the consent proceedings and to the consent to be transferred from the CNMI to the Republic of Palau.  Consent forms were signed, in open court, by Hadley Falan Renguul.

Court ordered that the four originals of the consent verification be sealed with the Court seal and distributed as follows:

1.   An original for the U.S. District Court, NMI;

2.   An original for the U.S. Department of Justice International Prisoner Transfer Unit along with a **copy of the recording** of the hearing;

3. An original that will placed in the file that accompanies the prisoner during the transfer; and

4. An original for the Superior Court of the Northern Mariana Islands.

Government moved that the offender be required to register as a sex offender when he reaches the Republic of Palau. Court inquired if the defendant intended to register when he reached the Republic of Palau. Attorney Banes stated that he had discussed this with his client and that he had agreed to do so.

Court remanded the defendant into the custody of the U.S. Marshal.

Adjourned at 9:55 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy