LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2982

Attorneys for the United States of America

FILED
Clerk
District Court

MAY 30 2007

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re Consent Verification Hearing for ) <br> ) <br> HADLEY FALAN RENGUUL ) <br> ) <br> Northern Mariana Islands ) <br> Prisoner No. 00-0225 ) <br> ) | Miscellaneous No. 07-00029 <br><br> WRIT OF HABEAS CORPUS <br> AD TESTIFICANDUM |

TO:  United States Marshal and
     Commonwealth Department of Public Safety
     Corrections Facility

This Court finds that HADLEY FALAN RENGUUL is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is a material witness in the above hearing and is needed to appear and give evidence to the Court in a consent verification hearing now pending in this Court.

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent, shall produce HADLEY FALAN RENGUUL to the United States Courthouse in Saipan, CNMI, on May 15, 2007, at 9:00 a.m., and whenever necessary thereafter to give

evidence and/or to attend further proceedings in reference to the above-referenced matter and upon completion of said appearances and/or upon further order of the Court, return said prisoner to his place of confinement.

IT IS SO ORDERED.

DATED this 27th day of April, 2007.

_____
ALEX R. MUNSON
Judge

**MARSHALS RETURN**

I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED CNMI Prisoner AT DoC Susupe ON 15 MAY 07 AND DELIVERING HIM / HER TO THE Horiguchi USDC FOR FURTHER TRANSFER TO DoC Susupe for further incarceration.

**MARSHALS RETURN**

I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED CNMI Prisoner AT DoC Susupe ON 16 MAY 07 AND DELIVERING HIM / HER TO THE Horiguchi USDC FOR FURTHER TRANSFER TO DoC Susupe AS USMS prisoner for transfer to Palau by USDC order.

AO 72
(Rev. 08/82)

- 2 -